

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00565-CV

Kelly **WALLS**,
Appellant

v.

Daniel **KLEIN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11285
Honorable Dick Alcala, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on November 20, 2013. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief an additional sixty days to January 21, 2014, due to appellant's visual disability. On January 21, 2014, the appellant filed a second motion requesting an additional ninety-day extension of time to file the brief. In her motion, appellant states that she underwent eye surgery which prevented her from completing the brief. The motion is GRANTED IN PART, and the deadline for filing the brief is extended to March 20, 2014. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 20, 2014, or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court